## 27652. CLARK v. ENGLAND.

Louie Clark, *pro se.*
Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., *Executive Assistant Attorney General, Courtney Wilder Stanton, Thomas W. Greene, Assistant Attorneys General,* for appellee.

## 27684. ALEXANDER v. AULT.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*
DECIDED FEBRUARY 19, 1973.

Michael Alexander, *pro se.*
Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., *Executive Assistant Attorney General, Courtney Wilder Stanton, Daniel I. MacIntyre, Assistant Attorneys General,* for appellee.

## 27573. CHAFFIN v. STYNCHCOMBE.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*
DECIDED MARCH 8, 1973.